RECEIVED
MAY 23 2000
CLERK U.S. DIST. COURT
ST.PAUL, MN.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karen Wagner,

Plaintiff,

vs.

Trans Union Corporation,

Defendants.

Case No.: 00-CV-1071 ADM/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

IT I S HEREBY STIPULATED AND AGREED, by and between Plaintiff Karen Wagner ("Plaintiff") and Defendant Trans Union LLC (incorrectly named "Trans Union Corporation" in the caption and referred to herein as "Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until Tuesday, June 11, 2000, in the time available to answer or otherwise respond to Plaintiff's Complaint.

Date: May 22, 2000.

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Jr., #249646
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: 770-9707
Facsimile: 770-5830

ATTORNEY FOR PLAINTIFF

FILED MAY 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Date: May 22, 2000.

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________
Susan D. Holappa, #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716
Facsimile: (612) 542-1784

ATTORNEY FOR DEFENDANT

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant shall be granted an extension until June 11, 2000, in the time available to answer or otherwise respond to Plaintiff's Complaint.

Dated: May 23, 2000.

BY THE COURT:

______________________
The Honorable Arthur J. Boylan
United States Magistrate Judge