UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KAREN WAGNER,

Plaintiff,

v.

TRANS UNION LLC,

Defendant.

Court File No.: 00-1071 ADM / SRN

# AGREED PROTECTIVE ORDER

Upon agreement of the Plaintiff, Karen Wagner, and Defendant Trans Union LLC hereinafter "the parties"), as evidenced by the signatures of their counsel subscribed hereto and upon consideration of the following:

A. This is an action for among other things, alleged violations of Title 15 U.S.C.§ 1681 et seq., the Fair Credit Reporting Act.

B. Parties from whom discovery has been sought and may be sought in this action possess certain proprietary and confidential business information the public disclosure of which would cause serious injury or damage to the disclosing party;

C. The parties have mutually agreed to certain designated measures that will promote the interest of the parties in preserving their proprietary and confidential business information, while at the same time facilitation reasonable discovery in this action; and

D. The measures designated by the parties are reasonable and will not prejudice anyone or unduly burden the Court.



FILED JAN 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

WHEREFORE, the Court having reviewed the file and being fully advised in the premises and finding that there is good cause to enter this Order, IT IS HEREBY ORDERED that:

1. This Order shall govern the use, handling and disclosure of all documents testimony or information produced or given in this action which are designated to be subject to this Order in accordance with the terms hereof.

2. Any party or non-party producing or filing document or other materials in this action may designate such materials and the information contained therein as confidential information subject to this Order ("Confidential Information"), by typing or stamping on the front of the document, or on the portion(s) of the document for which confidential treatment is desired, "**CONFIDENTIAL**" or "**CONFIDENTIAL-ATTORNEYS' EYES ONLY**."

3. To the extent that any motions, briefs, pleadings, deposition transcripts, or other papers to be filed with the court incorporated documents or information subject to this Order, the party filing such papers shall designate such materials, or portions thereof, as "**CONFIDENTIAL**" and shall file them with the Clerk under seal; provided, however, that a copy of such filing having the confidential information deleted therefrom may be made a part of the public record. To assist the Clerk, any document or filing that a party wishes to have placed under seal pursuant to this Order shall be filed in the Clerk's office in a sealed envelope or other appropriate sealed enclosure on which shall be endorsed the style and docket number of this action, an identification of the nature of the contents of the sealed envelope or enclosure, the words "**CONFIDENTIAL**" or the like, and a statement substantially in the following form:

This envelope contains documents which are filed in the case by [name of party] and is not to be opened nor the contents thereof to be displayed or revealed except by order or under the direction of the Court.

4. All documents, transcripts, or other materials subject to this Order, and all information derived therefrom (including, but not limited to, all testimony, deposition or otherwise, that refers, reflects or otherwise discusses any information designated **CONFIDENTIAL** hereunder), shall not be used, directly or indirectly, by any person, including experts, for any business, commercial or competitive purpose or for any purpose whatsoever other than solely for the preparation and trial of this action in accordance with the provisions of this Order.

5. Except with the prior written consent of the individual or entity asserting **CONFIDENTIAL** treatment or pursuant to prior Order after Notice, any document, transcript or pleading given **CONFIDENTIAL** treatment under this Order, and any information contained in, or derived from, any such materials (including, but not limited to, all deposition testimony that refers, reflects or otherwise discusses any information designated **CONFIDENTIAL** hereunder) may not be disclosed other than in accordance with this Order and may not be disclosed to any person other than as follows:

(a) Documents, information and materials designated as "**CONFIDENTIAL**" shall be made available only to (i) attorneys for the respective parties who are outside counsel and their legal assistants, clerks and other support staffs; (ii) attorneys for the respective parties who are in-house counsel and their legal assistants, clerks and other support staffs; (iii) the individual plaintiff; (iv) experts specially

retained as consultants or expert witnesses in connection with the trial of this litigation; (v) employees of the parties who are designated as expert witnesses for this litigation; (vi) persons who are or may be witnesses in this action; (vii) court officials, personnel and officers, including court reporters. Persons to whom access to CONFIDENTIAL information is provided pursuant to subparts (iii), (iv), (v) and (vi) above shall, prior to gaining access to such CONFIDENTIAL information, review this Order and sign a Confidentiality Declaration in the form of Exhibit 1 attached hereto. Counsel obtaining the executed Confidentiality Declaration shall retain it until the conclusion of this action.

(b) Documents, information and materials designated "CONFIDENTIAL-ATTORNEYS' EYES ONLY" shall be made available only to those persons set forth in subparts 5(a)(i), (a)(iv) and (a)(vii).

6. All persons receiving any or all documents produced pursuant to this Order shall be advised of their confidential nature. All persons to whom CONFIDENTIAL information is disclosed are hereby enjoined from disclosing same to any other person except as provided herein, and are further enjoined from using same except in the preparation for and trial of the above-captioned action between the named parties thereto. No person receiving or reviewing such CONFIDENTIAL documents, information or transcript shall disseminate or disclose them to any person other than those described above in paragraph 5 and for the purposes specified, and in no event shall such person make any other use of such document or transcript.

7. Nothing set forth herein prohibits the use of any **CONFIDENTIAL** information at trial.

8. Nothing herein shall be construed as an agreement or admission: (a) that any information, document or the like designated as **CONFIDENTIAL** information by an opposite party is in fact confidential or a trade secret; or (b) with respect to the competency, relevance or materiality of any thing designated as **CONFIDENTIAL** information by any party.

9. Within sixty (60) days after the final termination of this litigation, all documents, transcripts or other materials produced or designated as **CONFIDENTIAL** information pursuant to this Order, including any extracts, summaries or compilations taken therefrom, but excluding any materials which in good faith judgment of counsel are work product materials, shall be destroyed or returned to the individual or entity having produced or furnished same. However, counsel for a party shall be permitted to retain in its files copies of all papers and documents filed with the Court in connection with this action.

10. Nothing herein shall affect or restrict the rights of any party with respect to its own documents or to the information obtained or developed independently of documents, transcripts and materials afforded confidential treatment pursuant to this Order.

11. In the event a party believes that a document has improperly been marked "**CONFIDENTIAL**" or "**CONFIDENTIAL-ATTORNEYS' EYES ONLY**" in that the document does not contain proprietary and confidential business information the public disclosure of which would cause serious injury or damage to the disclosing party, then that party may move the Court for an order deleting or changing the designation of the document.

12. Inadvertent failure to designate any information as Confidential Information will not act as a waiver of a claim that the information is Confidential Information, nor will it estop any party

from designating such information as Confidential Information at a later date; *provided* that disclosure of such information prior to any later designation will not constitute a violation of this Order. If a party discovers that it has inadvertently produced Confidential Information without properly designating it as such, that party will notify all other parties of that fact, and shall promptly provide all other parties with properly designated copies of the documents. The receiving parties agree to destroy all copies of the previously produced documents and to use only the properly designated substitute copies.

DONE AND ORDERED on this 22nd day of January, 2001.

Susan Richard Nelson
United States ~~District Judge~~ Magistrate Judge

**STIPULATED AND AGREED TO:**

PLAINTIFF KAREN WAGNER

By: ______________________
One of his attorneys

Thomas J. Lyons, Jr.
CONSUMER JUSTICE CENTER, P.A.
Attorney for Plaintiff
21560 Beam Avenue, Suite A
Maplewood, MN 55109

DEFENDANT TRANS UNION LLC

By: Daniel O. Halvorsen
One of its attorneys

Daniel O. Halvorsen
PIPER MARBURY RUDNICK & WOLFE
203 N. LaSalle St., Suite 1800
Chicago, IL 60601

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KAREN WAGNER, Court File No.: 00-1071 ADM / SRN

Plaintiff,

v.

TRANS UNION LLC,

Defendant.

## CONFIDENTIALITY DECLARATION

I, ________________________ certify, under penalty of perjury, that the following is true and correct:

1. I have read the provisions of the Stipulation and Protective Order agreed to by the parties with respect to the use of Confidential Information, and I agree to be bound thereby.

2. I understand that I may not, and I agree that I will not, divulge to any other person any confidential document or information disclosed to me pursuant to the Agreed Protective Order.

3. I understand that I may not, and I agree that I will not, discuss a confidential document or information with any other person unless the attorney who disclosed such confidential document or information to me has informed me that such other person has executed this Certification.

4. I understand that I may not, and I agree that I will not, use a confidential document or information except in the preparation for trial or trial of this action.

5. I shall return all confidential documents, and any copies thereof, to the attorney from whom I received them at the conclusion of this case.

Dated this ____________ day of ______________________.

______________________
SIGNATURE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing <u>confidential original</u> documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the <u>Clerk:</u>***

A. Documents are to be <u>sealed</u> (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on <u>each</u> envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or <u>Magistrate Judge:</u>***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.