UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV 00-1071 ADM/SRN

Karen Wagner,

Plaintiff,

-vs-

**PROPOSED ORDER FOR STIPULATION FOR DISMISSAL WITH PREJUDICE**

Trans Union LLC,

Defendant.

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant Trans Union LLC., shall be, and herewith are, dismissed with prejudice.

Dated: April 19, 2001

Ann D. Montgomery, Judge
United States District Court

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1071 ADM/SRN**

---

Karen Wagner,

Plaintiff,

-vs-

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Trans Union LLC,

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and her attorney, and Defendant Trans Union LLC., and its attorneys, that Plaintiff's claims against Defendant Trans Union LLC., shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**
**Attorney for Plaintiffs**

By: ______________________
Thomas J. Lyons, Jr., Esq.,
Atty. #249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 770-9707

Dated: 4/10/01

**SHAPIRO PROFESSIONAL ASSOCIATION**
**Attorneys for Defendant Trans Union**

By: ______________________
Susan D. Holappa,
Atty. #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, Minnesota 55416
Telephone: (763) 542-1716

Dated: April 18, 2001

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

SHAPIRO PROFESSIONAL ASSOCIATION

LAW OFFICE

1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416

Telephone: (763) 542-1716
Facsimile: (763) 542-1784
Email: lshapiro@shapiropa.com

April 18, 2001

The Honorable Ann D. Montgomery
United States District Court Judge
U.S. Courthouse, Room 13 W
300 South Fourth Street
Minneapolis, Minnesota 55415

Re: Wagner v. Trans Union LLC
Court File No. 00-1071 ADM/SRN

Dear Judge Montgomery:

I am pleased to inform you that the parties have reached a settlement in the above matter. In that regard, you will find enclosed a Stipulation for Dismissal with Prejudice, with a proposed Order attached. If it meets with your approval, please sign the proposed Order. If you have any questions, please let me know and I will arrange for counsel to jointly contact the court.

Yours very truly,

Susan D. Holappa

SDH/me
Enclosure
cc: Thomas J. Lyons, Jr., w/enclosure by fax
Daniel O. Halvorsen, w/enclosure by fax